FILED
CLERK, U.S. DISTRICT COURT

JUL 1 6 2020

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

PLAINTIFF

V.

HARRY KAVHI

USMS# _____

DEFENDANT

CASE NUMBER: 20 MJ 03320

## REPORT COMMENCING CRIMINAL ACTION

TO:  CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest:  7/15/20        1015   ☒ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   RICO, MURDER FOR HIRE, HOBBS ACT

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth:  1979

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified:   DUTY – Fernando Baulsto

10. Remarks (if any): _____

11. Name:  STEVEN WRATHALL   (please print)

12. Office Phone Number:  310-387-1522       13. Agency:  FBI

14. Signature:  _____       15. Date:  7/16/20

CR-64 (05/18)                    REPORT COMMENCING CRIMINAL ACTION